No. 1163. GUERTLER v. UNITED STATES. June 11, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Peter Guertler, pro se. Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl and Leon Ulman* for the United States.

No. 884. REILLY ET AL. v. MILLIS. June 18, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Robert E. Lynch, Nicholas J. Chase and Frank Michels* for petitioners. *Solicitor General Fahy, Messrs. Alvin J. Rockwell, David Findling, Dominick L. Manoli and Miss Ruth Weyand* for respondent.

No. 1241. D. AND W. LINES, INC. v. GARFIELD, ADMINISTRATRIX;

No. 1242. D. AND W. LINES, INC. v. BAKER; and

No. 1243. D. AND W. LINES, INC. v. WARD. June 18, 1945. Petition for writs of certiorari to the Superior Court of Massachusetts denied. *Mr. Herbert S. Avery* for petitioner. Reported below: See 317 Mass. 674, 59 N. E. 2d 287.

No. 1261. HOLT v. TEXAS-NEW MEXICO PIPELINE Co. June 18, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Theodore Mack* for petitioner. *Mr. Maury Kemp* for respondent.

No. 1279. EMERY ET AL. v. ORLEANS LEVEE BOARD. June 18, 1945. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. W. H. Talbot* for